**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                  CASE NO: 8:08-cr-342-T-33EAJ

GREGORY ROBINSON
_____/

### ORDER

This matter comes before the Court pursuant to Defendant's Response and Request for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 750 (Doc. # 45), which was filed on December 28, 2011. The Court denies the Request for Sentence Reduction as follows.

### Discussion

On November 20, 2008, Defendant entered a plea of guilty to count two of the Indictment, charging distribution of five grams or more of cocaine base, commonly known as crack cocaine. (Doc. # 20). On September 2, 2009, this Court sentenced Defendant to the statutory mandatory minimum sentence of was 120 months of imprisonment. (Doc. # 37).

Pursuant to Amendment 750, this Court entered an omnibus order on November 2, 2011, which, among other things, appointed the Federal Defender to represent Defendant, directed the United States Probation Office to provide a memorandum regarding Defendant's eligibility for a sentence

reduction, and required the United States Attorney's Office and the Federal Defender to file a response to the Probation Office's memorandum. (Doc. # 40).

The Probation Office issued its memorandum advising that Defendant is not eligible for a sentence reduction under Amendment 750 in light of the operation of the 120-month statutory mandatory minimum. On November 28, 2011, the United States Attorney's Office filed its Response mirroring the Probation Office's reasoning concerning Defendant's ineligibility for a sentence reduction. (Doc. # 43). On December 28, 2011, the Federal Defender filed its Response and Request for Sentence Reduction. (Doc. # 45).

Upon review of the parties' submissions, the Court denies Defendants' request for a sentence reduction pursuant to Amendment 750. As the Court has sentenced Defendant to the shortest term of imprisonment permitted by statute, Defendant is considered ineligible for relief under Amendment 750. Accordingly, a reduction of Defendant's sentence is not authorized under 18 U.S.C. § 3582(c) and is not consistent with U.S.S.G. § 1B1.10.

Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED**:

Defendant's Response and Request for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 750 (Doc. #

45) is **DENIED**. Defendant's sentence is not subject to reduction pursuant to the retroactive application of the amendments to U.S.S.G. § 1B1.10.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 6th day of July, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
Office of the Federal Defender
United States Attorney's Office
United States Probation office
Any pro se party